AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-03355-LDH-TAM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Dr. Raymond H. Rufen-Blanchette**
was recieved by me on  **5/10/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☒   Other *(specify)*:   Posted Summons, Collective Action Complaint, and Civil Cover Sheet upon door: Black/metal/glass storm door. White/metal Door. White/aluminium wall. Gray/cement floor/steps. Two bells. Two locks.

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   05/25/2023

*Server's signature*

**Moaad Jabir**
*Printed name and title*

**183 Bedford Ave**
**2**
**Brooklyn, NY 11211**

*Server's address*

Additional information regarding attempted service, etc:

**Saturday, 05/13/2023 11:39 AM** - There was no answer at the address.
**Wednesday, 05/17/2023 02:50 PM** - There was no answer at the address.
**Monday, 05/22/2023 03:26 PM** - There was no answer at the address. I spoke with a neighbor who says subject resides.
**Tuesday, 05/23/2023 07:16 PM** - There was no answer at the address. At the address I observed a package/mail addressed to subject.
**Tue 05/23/2023 07:17 PM** - Posted upon door. Black/metal/glass storm door. White/metal Door. White/aluminium wall. Gray/cement floor/steps. Two bells. Two locks.



Tracking #: **0107156884**

