UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
EMARA HERCULES, individually and on
behalf of all others similarly situated,

                Plaintiff,

-against-

PPS MSO NY, INC., and DR. RAYMOND
H. RUFEN-BLANCHETTE,

                Defendants.
-----------------------------------------------------------X

**NOTICE TO DEFENDANT**
23-CV-03355 (LDH) (TAM)

**Telephone Hearing**
Date: **June 11, 2024**
Time: **10:00 A.M.**
Dial-In: (571) 353-2301
Meeting ID: 362861721

**TARYN A. MERKL**, United States Magistrate Judge:

    Emara Hercules ("Plaintiff") has started a federal lawsuit against PPS MSO NY, Inc., and Dr. Raymond H. Rufen-Blanchette. *See* ECF No. 1. You are receiving this notice as one of the named Defendants.

    Plaintiff alleges, among other things, that you owe money for violating federal, state and local wage and hour laws.

    Plaintiff claims that you have received written notice of this lawsuit.

    You are receiving this notice from the Court because you have not answered or otherwise responded to Plaintiff's allegations.

    **Plaintiff has asked the Court to enter a default judgment against you.** Plaintiff has asked the Court to conclude that you do not oppose the allegations or disagree with the claims. This could lead to an order from the Court against you in an amount in excess of $100,000.

    If you continue to fail to participate, the Court may grant Plaintiff's request and enter the default judgment.

    A judgment is a public record with potential consequences, particularly if you do not cooperate with or pay the judgment. Plaintiff may be allowed to enforce an unpaid judgment through methods such as attachment, imposition of a lien, or garnishment.

    Enclosed is an Order scheduling a Telephone Conference for **June 11, 2024 at 10:00 a.m.**, to discuss Plaintiff's motion asking the Court to enter default judgment against you. You may participate in the conference by calling **(571) 353-2301** and typing in the meeting ID **362861721**. You may also have a lawyer appear for you.

  On or before June 11, 2024, if you would like to inform the Court and Plaintiff of your views, including (1) whether you received notice about the lawsuit before this notice, or (2) what your factual or legal objections to Plaintiff's claims are, you may send a letter or statement to the Court and to Plaintiff's counsel, whose information is at the end of this Notice. If you did not receive a copy of the complaint, you may request one from Plaintiff's lawyer or the Clerk of Court. Any letter or statement to the Court should clearly identify the case name and number from the caption of this notice, and can be mailed or delivered to:

> United States District Court
> Eastern District of New York
> Attn: Clerk's Office / U.S.M.J. Taryn A. Merkl
> 225 Cadman Plaza East
> Brooklyn, New York 11201

  The Clerk of the Court is respectfully directed to mail a copy of this notice and the full docket sheet to:

- PPS MSO NY INC., 14932 83rd Street, Howard Beach, NY 11414
- Dr. Raymond H. Rufen-Blanchette, 14932 83rd Street, Howard Beach, NY 11414
- PPS MSO NY INC., 14931 83rd Street, Howard Beach, NY 11414
- Dr. Raymond H. Rufen-Blanchette, 14931 83rd Street, Howard Beach, NY 11414
- PPS MSO NY INC., c/o PPS Healthcare Services Corporation, 101 Avenue of the Americas, 8th Floor, New York, NY 10013

Dated: Brooklyn, New York
    May 13, 2024

*Taryn A. Merkl*
TARYN A. MERKL
United States Magistrate Judge

<u>Plaintiff's Counsel:</u>
Janelle J. Romero
Consumer Attorneys PLC
7150 Parsons Blvd. #1001
Flushing, NY 11365
Telephone: 718-715-1750
Email: janelle@genesqlaw.com